

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00716-CV

VICTOR QUIJANO, DOING BUSINESS AS TARGET PEST CONTROL
v.
CAMERON COUNTY, CITY OF BROWNSVILLE & BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT

On Appeal from the
103rd District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-3455-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed.  The Court orders the judgment of the trial court AFFIRMED.  Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 28, 2016